OPINION OF THE COURT
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [g]), order reversed, with costs, and the case remitted to the Appellate Division, Second Department, for further proceedings. On this record, there is no basis for setting aside,
 
 *911
 
 as a matter of law, the determination of Special Term that this doorman came within the contemplation of CPLR 308 (subd 2)
 
 (duPont, Glore Forgan & Co. v Chen,
 
 41 NY2d 794, 797).
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.